FILED'11 APR 25 15:46 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RANDALL B. TURNER, ) | |
| ) | Civil No. 10-1408-JO |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER TO DISMISS |
| MR. WEED, NORCOR Facility ) | |
| Administrator, LINDHURST, ) | |
| Captain, Facility Commander, ) | |
| MONICA (WALHS), NP, and NORCOR ) | |
| Facility Owners, ) | |
| ) | |
| Defendants. ) | |

JONES, District Judge.

Plaintiff moves to voluntarily dismiss this civil rights action. All defendants have appeared in this case. Defendant Monica Wahls has moved to dismiss this action on the basis she was not properly served and the remaining defendants have moved for an extension of time to complete discovery and file dispositive

1 - ORDER TO DISMISS

motions. On good cause appearing, plaintiff's Motion is GRANTED. See Fed.R.Civ.P. 41(a)(2).

## CONCLUSION

Based on the foregoing, plaintiff's Motion to Voluntarily Dismiss (#30) is GRANTED and this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 25 day of April, 2011.

Robert E. Jones
United States District Judge

2 - ORDER TO DISMISS